UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JIMMY RENEE CRUZ, JR.,                        **<u>INDICTMENT</u>**

       Defendant.

_____/

The Grand Jury charges:

(Possession with Intent to Distribute Controlled Substances)

On or about June 3, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

JIMMY RENEE CRUZ, JR.,

knowingly and intentionally possessed with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**
(Possession with Intent to Distribute Controlled Substances)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 841, set forth in this Indictment, the defendant,

JIMMY RENEE CRUZ, JR.,

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.  The property to be forfeited includes, but is not limited to, $1,206 in U.S. Currency seized from the defendant's person on June 3, 2026.

21 U.S.C. § 853(a)(1), (2)
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney